UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SABAS RANGEL, ) | No. CV 11-334 FFM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT OF REMAND |
| ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated November 8, 2011.

DATED:   November 8, 2011

                                          /S/ FREDERICK F. MUMM
                                           FREDERICK F. MUMM
                                           United States Magistrate Judge